JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KYLE PORTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　Defendant(s). | Case No.: 2:22-cv-01925-DSF-E<br><br>Hon. District Judge Dale S. Fischer<br>Magistrate Judge Charles F. Eick<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>[No Hearing Required]<br><br>Action Filed:  March 24, 2022<br>Trial Date:      N/A |

　　　The Court having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41* (the "Stipulation") entered into by and between *plaintiff* Kyle Porter ("Plaintiff") and *defendant* JPMorgan Chase Bank, N.A., erroneously sued as Chase Bank USA, N.A. ("Defendant," and together with Plaintiff, the "Parties") and good cause appearing therefor,

　　　**IT IS ORDERED** that the Stipulation is **APPROVED**.

　　　**IT IS FURTHER ORDERED** that Defendant is hereby dismissed from this action *with prejudice*.

　　　**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this action;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated:  September 8, 2022

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE